# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Albert Ray Steward, III,                      Civil No. 06-5124 (RHK/AJB)

       Plaintiff,                                   **ORDER**

v.

Royal Bank of Canada, a Canadian company,
et al.,

       Defendants.

---

      Defendants' Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan for a recommended disposition. The April 17, 2007, hearing before the undersigned is **CANCELED** and Judge Boylan will determine whether he intends to hear oral argument and, if he does, will notify the parties of a new hearing date. Any remaining briefs shall be completed as if the April 17 hearing had not been canceled.

Dated: March 20, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge