**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Albert Ray Steward, III,	Civil No. 06-5124 (RHK/AJB)

        Plaintiff,	**ORDER**

v.

Royal Bank of Canada, et al.,

        Defendants.

---

Before the court are Plaintiff's Objections to Magistrate Judge Arthur J. Boylan's May 30, 2007, Report and Recommendation on Defendants' Motion to Dismiss. The Objections have been briefed by the parties.

Based upon the de novo review of the objected to portions of Judge Boylan's Report and Recommendation, the undersigned is satisfied that Judge Boylan's recommended disposition is supported by both the factual record and applicable legal principles and should be adopted. In addition, the Court concludes that Plaintiff's Motion for Leave to Amend to File a Second Amended Complaint shall be denied.

Accordingly, **IT IS ORDERED**:

1. Plaintiff's Objections (Doc. No. 39) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 37) is **ADOPTED**;

3. Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED** and the Amended Complaint (Doc. No. 26) is **DISMISSED WITH PREJUDICE**; and

    4.  Plaintiff's Motion for Leave to Amend to File a Second Amended Complaint (Doc. No. 40) is **DENIED**.

Dated: July 2, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge